IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE QUINTANILLA,

    Plaintiff,

  v.

PREFERRED FINANCIAL GROUP, INC., et al.,

    Defendants.
_____/

No. C 09-02312 CW

ORDER ON DEFENDANTS' MOTIONS TO DISMISS

    The Court scheduled a hearing on Defendant MTC Financial, Inc.'s Motion to Dismiss and Defendant Central Mortgage Company's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief May Be Granted or, Alternatively, for Summary Judgment, for August 6, 2009, at 2:00 p.m.  Plaintiff has not filed an opposition to these motions, which was due on July 16, 2009.  The August 6, 2009 hearing is vacated.  Plaintiff shall file a single brief in opposition to these motions by August 10, 2009.  A reply will be due by August 17, 2009.  The matter will be taken under submission on the papers.  If Plaintiff does not file an opposition by August 10, the Court will grant without prejudice Defendants' motions to dismiss.

    IT IS SO ORDERED.

Dated: 8/3/09

_____
CLAUDIA WILKEN
United States District Judge