IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE QUINTANILLA,

        Plaintiff,

   v.

PREFERRED FINANCIAL GROUP, INC., et al.,

        Defendants.
                                       /

No. 09-02312 CW

ORDER RE SERVICE

    On May 26, 2009, the above-captioned action was removed to this Court.  A Case Management Conference is set for September 15, 2009.  On August 17, 2009, the Court granted Defendants MTC Financial, Inc., and Central Mortgage Company's motions to dismiss. The remaining Defendants, Preferred Financial Group, Inc., and Mayan Holdings, have not filed a responsive pleading; however, Plaintiff has not filed proof of service that those two Defendants have been served with the complaint.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff shall file by September 8, 2009, proofs of service that Defendants Preferred Financial Group, Inc., and Mayan Holdings have been served with the complaint. Failure to file proofs of service will result in dismissal of Defendants Preferred Financial Group, Inc., and Mayan Holdings for

failure to prosecute.

Dated  8/18/09

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

QUINTANILLA et al,

        Plaintiff,

v.

PREFERRED FINANCIAL GROUP, INC. et al,

        Defendant.

Case Number: CV09-02312 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reuben Lagbao Nocos
Nocos Law Firm, APC
1900 S. Norfolk Street
Suite 350
San Mateo, CA 94403

Dated: August 18, 2009

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk