IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE QUINTANILLA,

      Plaintiff,

  v.

PREFERRED FINANCIAL GROUP, INC., et al.,

      Defendants.
                                 /

No. 09-02312 CW

ORDER OF DISMISSAL

    On August 18, 2009, the Court issued an Order Re Service wherein Plaintiff was to file proofs of service by September 8, 2009, that Defendants Preferred Financial Group, Inc., and Mayan Holdings had been served with the complaint in this action. Failure to file proofs of service would result in dismissal of those Defendants for failure to prosecute. The time to file the proofs of service has passed, and Plaintiff has failed to comply with the Court's Order. Accordingly,

    IT IS HEREBY ORDERED that the complaint against Defendants Preferred Financial Group, Inc., and Mayan Holdings is dismissed for failure to prosecute.

    9/9/09

Dated _____

                                             CLAUDIA WILKEN
                                             United States District Judge

United States District Court
For the Northern District of California